UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND, by and through its Board of Trustees, and EMPLOYERS & CEMENT MASONS #90 PENSION FUND, by and through its Board of Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>ROCK SOLID PAVING & EXCAVATING, INC.,<br><br>Defendant. | Case No. 19-cv-366-JPG-MAB |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of Plaintiffs EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND, by and through its Board of Trustees, and EMPLOYERS & CEMENT MASONS #90 PENSION FUND, by and through its Board of Trustees, and against Defendant ROCK SOLID PAVING & EXCAVATING, INC., in the amount of $3,337.54 in delinquent fringe benefit contributions; $486.22 in interest; $667.52 in liquidated damages; $3,436.45 in attorneys' fees and costs, for a total judgment in the amount of $7,927.73.

**MARGARET M. ROBERTIE, Clerk of Court**

Date:  June 18, 2019                    s/Tina Gray, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**